USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/9/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHOU LE CHEN, and JOHN DOE,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

              Plaintiffs,

v.

COURAGE TEAM INC. d/b/a PIG HAVEN, and HUIFONG LEE,

              Defendants.

Case No.: 17-cv-6365

NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

---

**PLEASE TAKE NOTICE** that the claims of Plaintiffs are hereby dismissed, without prejudice, in their entirety as against Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: November 8, 2017
      New York, New York

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

SO ORDERED:

Dated: 11/9/2017

_____
United States District Judge